IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| EDWARD WILSON, ) | |
| RAYMOND TY COLLINS, ) | |
| Petitioners. ) | CRIMINAL CASE.: 1:12cr502 |
| ) | |
| v. ) | Civil Action No.: 1:15cv1287 |
| | Civil Action No.: 1:15cv1294 |
| ) | |
| UNITED STATES OF AMERICA, ) | The Honorable Claude M. Hilton |
| Respondent. ) | |

## ORDER GRANTING EXTENSION OF TIME TO FILE SECTION 2255 RESPONSE

UPON MOTION of the United States of America, by its counsel, for an extension of time to file its response to the petitioners' Section 2255 motions, it is hereby,

ORDERED that for good cause shown, the government is granted an additional twenty-nine (29) days or until at least December 11, 2015, within which to file its response.

The Clerk of this Court shall send copies of this Order to the petitioners and the attorney for the government.

Nov. 12, 2015

Claude M. Hilton
The Honorable Claude M. Hilton
United States District Judge

4