IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  |
|---|---|---|
| EDWARD WILSON, | ) | |
| RAYMOND TY COLLINS, | ) | |
|     Petitioners. | ) | CRIMINAL CASE: 1:12cr502 |
| | ) | |
| v. | ) | Civil Action No.: 1:15cv1287 |
| | | Civil Action No.: 1:15cv1294 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | The Honorable Claude M. Hilton |
|     Respondent. | ) | |

## ROSEBORO NOTICE

Under Local Rule 7(K), and in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Petitioners are advised that they have the right to file responses opposing the Respondent's response, filed on December 11, 2015, and that failure to respond may result in the dismissal of the Petitioners' Motions to Vacate, Set Aside, or Correct Sentence. Petitioners' responses must identify all facts stated by the Respondent with which Petitioner disagrees and must set forth their version of the facts by offering affidavits (written statements signed before a notary republic and under oath) or by filing sworn statements (bearing a statement that is filed under penalty of perjury). Petitioners may also file a legal brief in opposition to the response filed by the Respondent.

Unless the Court orders otherwise, Petitioners' responses must be filed, and a copy provided to Respondent's counsel, within twenty-one (21) days of the date the Respondent's response was filed.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

BY:        _____/s/ John Filamor_____
        John D. Filamor
        Virginia State Bar #46848
        Special Assistant United States Attorney
        U.S. Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Ph: (703) 299-3700
        Fax: (703) 299-3980
        John.Filamor2@usdoj.gov

        Gene Rossi
        Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th of December 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record. Additionally, I mailed a hard copy of the foregoing by First Class mail to:

Edward Wilson
Prisoner No. 80354-083
FCI Beaumont Low
PO Box 26020
Beaumont, TX 77720

Raymond Ty Collins
Prisoner No. 80355-083
FCI Beaumont Low
PO Box 26020
Beaumont, TX 77720

       /s/ John Filamor
John D. Filamor
Virginia State Bar #46848
Special Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Ph: (703) 299-3700
Fax: (703) 299-3980
John.Filamor2@usdoj.gov

Gene Rossi
Assistant United States Attorney